1  Cori B. Jones, Esq.
   CA Bar No. 261018
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   1231 E. Dyer Road, Suite 100
3  Santa Ana, CA  92705
   (714) 481-9100 / FAX (714) 481-9144
4  File No. 12-06904

5  Attorneys for Secured Creditor
   BANK OF AMERICA, N.A.

6

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| In Re, | BK No.: 12-39946 C-13 |
|---|---|
| VICTORIA DELORES GOKEY, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

  PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BANK OF AMERICA, N.A., requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

  Cori B. Jones, Esq.
  MILES, BAUER, BERGSTROM & WINTERS, LLP
  1231 E. Dyer Road, Suite 100
  Santa Ana, CA  92705
  PH (714) 481-9100

Dated: 11/21/12

MILES, BAUER, BERGSTROM & WINTERS, LLP

By: _____
Cori B. Jones, Esq.
Attorney for Secured Creditor

# PROOF OF SERVICE

I, ESTRELLA P. TAN, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 1231 E. Dyer Road, Suite 100, Santa Ana, CA 92705.

On NOV 26 2012, I served the within **Request for Special Notice** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Santa Ana, California, addressed as follows:

ATTORNEY FOR DEBTOR:
John R. Harrison, Jr.
PO Box 601611
Sacramento, CA 95860

CHAPTER 13 TRUSTEE:
David Cusick
P.O. Box 1858
Sacramento, CA 95812-1858

I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on NOV 26 2012, at Santa Ana, California.

Name: ESTRELLA P. TAN
Title: Legal Assistant

(12-06904/rfsn.dot/sbs)